In the Matter of New York State Guernsey Breeders' Co-operative, Inc., Petitioner, against C. Chester Du Mond, as Commissioner of Agriculture and Markets of the State of New York, et al., Respondents.—

684

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.